UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB K. BACKMAN,

Plaintiff,

v.

CLALLAM COUNTY JAIL MEDICAL STAFF,

Defendant.

Case No. C26-5368-TMC-MLP

REPORT AND RECOMMENDATION

On April 10, 2026, Plaintiff Jacob K. Backman, a pretrial detainee at the Clallam County Jail, filed an application to proceed *in forma pauperis* ("IFP") along with a proposed civil rights complaint, pursuant to 42 U.S.C. § 1983, alleging denial of medical care. (Dkt. ## 1, 1-2.) On April 20, 2026, this Court issued an Order to show cause why the complaint should not be dismissed for failure to state a claim because Plaintiff had not identified any specific defendant. (Dkt. # 3.)

On May 5, 2026, the Clerk's Office noted on the docket that the Order had been returned as undeliverable. (Dkt. # 4.) Pursuant to the Court's Local Rules, if mail directed to a *pro se* plaintiff is returned as undeliverable and the plaintiff fails to notify the court and opposing parties within 60 days of their current mailing or email address, a court may dismiss the action

without prejudice for failure to prosecute. Local Rules W.D. Wash. LCR 41(b)(2). To date, Plaintiff has not responded in any fashion to this Court's Order to show cause.

As Plaintiff has had ample time to respond to the Court's Order to show cause but has failed to do so, and has not provided the Court with an updated address, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. This Court further recommends that Plaintiff's application to proceed IFP (dkt. # 1) be denied as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 29, 2026**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 8th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge