UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JACOB K. BACKMAN,

Plaintiff,

v.

CLALLAM COUNTY JAIL MEDICAL STAFF,

Defendant.

Case No. C26-5368-TMC-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This action is DISMISSED for failure to prosecute. Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

//

Dated this 6th day of August, 2026.

Tiffany M. Cartwright
United States District Judge